LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700





FILED
JAN 2 2 2009
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   No. 2:09-CR-0035 LKK 
                           )
            Plaintiff,     )   VIOLATIONS: 18 U.S.C. §§ 1341
                           )   and 1346 - Honest Services Mail
      v.                   )   Fraud (Counts One and Two)
                           )
ROBERT WATSON,             )
                           )
            Defendant.     )
_____)

## I N F O R M A T I O N

<u>COUNTS ONE AND TWO</u>:   [18 U.S.C. §§ 1341 and 1346 - Honest
                              Services Mail Fraud]

The United States Attorney charges:

ROBERT WATSON,

defendant herein, as follows:

### I. BACKGROUND

1.  At all relevant times alleged in this Information, SK Foods, L.P. was a limited partnership with principal places of business in Monterey, California, and in Williams, Ripon and Lemoore, California, in the Eastern District of California. SK Foods, L.P. and its related corporate entities ("SK Foods") is a

grower and processor of tomato products and other food products, for sale to food product manufacturers, food service distributors and marketers, and retail outlets.

2. At all relevant times alleged in this Information, Kraft Foods, Inc. ("Kraft") was a multinational food products company with a principal place of business in Northfield, Illinois. Kraft is a regular customer of SK Foods with respect to tomato paste and other tomato products.

3. At all relevant times alleged in this Information, defendant ROBERT WATSON ("WATSON") resided in the Northern District of Illinois and served as Purchasing Manager for Kraft, working out of the company's Northfield, Illinois headquarters.

4. At all relevant times alleged in this Information, Intramark USA, Inc. ("Intramark") was a New Jersey based company holding itself out as a wholesaler of food ingredients, including tomato products, and an importer of juice concentrates.

5. At all relevant times alleged in this Information Randall Lee Rahal ("Rahal") served as the President of Intramark, and as a supervisor and Director of SK Foods. Through Intramark, Rahal also served as a sales broker for SK Foods. In that capacity, Rahal oversaw, among other things, the negotiation of contracts between SK Foods and many of its customers, including Kraft.

## II. THE DUTY OF HONEST SERVICES

6. As Purchasing Manager for Kraft, defendant ROBERT WATSON was placed in a position of trust and owed a duty of honest services to his employer, Kraft. This duty of honest services, as set forth in the Kraft Code of Conduct for Compliance and

Integrity, included an obligation on the part of WATSON to conduct his duties as Purchasing Manager in an honest, faithful and disinterested manner, free from self dealing. WATSON also owed a duty under Illinois law not to commit commercial bribery in violation of 720 ILL. COMP. STAT. 5/29A-2 (2008).

### III. THE SCHEME TO DEFRAUD

7. Beginning in or about January 2004, and continuing until April 2008, in the Northern District of Illinois, the District of New Jersey and elsewhere, defendant ROBERT WATSON and others did knowingly devise and intend to devise a scheme and artifice to defraud Kraft Foods, Inc. of its intangible right to WATSON's honest services in a material matter, and to obtain property by means of materially false and fraudulent pretenses, representations and promises, and to conceal said scheme.

### IV. MANNER AND MEANS

The manner and means by which the honest services mail fraud scheme was accomplished were as follows:

8. In his capacity as Purchasing Manager for Kraft, defendant WATSON was vested with authority to negotiate and enter into contracts, with the approval of his employer, for the purchase of tomato and other food products from various processors, such as SK Foods. In the normal course, Kraft and WATSON received bids for the sale of tomato-based products from processors to Kraft by way of what was intended to be a secret and competitive bidding process.

9. As part of a scheme to defraud Kraft of its right to defendant WATSON's honest services, beginning in January 2004, defendant WATSON began accepting personal bribe payments from

Rahal and SK Foods. In return for the personal bribe payments, WATSON agreed to, and did, act in direct contravention of his duty to provide his employer with honest services by ensuring that Kraft purchased processed tomato products and other food products from SK Foods rather than from certain of SK Foods' competitors. In addition, in return for the bribe payments, WATSON provided SK Foods with information that allowed SK Foods to sell processed tomato products to Kraft at inflated prices.

10. Between January 2004 and April 2008, WATSON received approximately $158,000 in personal bribe payments from Rahal and SK Foods in this manner. As a result of these bribe payments, between 2004 and 2008 WATSON secured contracts between SK Foods and Kraft for the sale of approximately 230 million pounds of processed tomato product at elevated prices, causing a substantial loss to Kraft.

## IV.  THE MAILINGS

11. On or about the dates set forth below, in the Northern District of Illinois, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendant ROBERT WATSON did knowingly cause to be delivered by mail, and did knowingly take and receive from an authorized depository for mail matter sent or delivered by the United States Postal Service, the items listed below:

| COUNT | DATE | SENDER | ITEM INCLUDED |
|---|---|---|---|
| ONE | 1/16/2006 | R. Rahal | Check in the amount of $10,000 from Intramark's Sun National Bank account number XXXXXX5624, payable to Robert Watson in Wheeling, Illinois |

| | | | |
|---|---|---|---|
| TWO | 7/25/2007 | R. Rahal | Check in the amount of $17,252.78 from Intramark's Sun National Bank account number XXXXXX5624, payable to Robert Watson, in Wheeling, Illinois |

All in violation of Title 18, United States Code, Sections 1341 and 1346.

DATE: January 22, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: *[signature]*

BENJAMIN B. WAGNER
SEAN C. FLYNN
Assistant U.S. Attorneys

2:09 - CR - 0035 LKK

# PENALTY SLIP

**ROBERT WATSON,**

**COUNTS 1 and 2**
COUNT ONE:   18 USC §§ 1341 and 1346 - Honest Services Mail Fraud
PENALTY:       Not more than 20 years,
                   Not more than $250,000 and
                   Term of 3 years TSR

PENALTY
ASSESSMENT:   $100.00 special assessment (each count)